

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>LAWRENCE REDMOND,  )<br>  )<br>     Defendant.  )<br>_____) | 2:06-CR-335-JCM-GWF |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#69) on May 1, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

    Name of Payee:  Veterans Administration
    **Total Amount of Restitution Ordered:** $90,156.00

Dated this _____ day of October, 2016.

 

_____
UNITED STATES DISTRICT JUDGE